AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18-MJ-00048 | Date and time warrant executed: 1/16/2018, 6:34 AM | Copy of warrant and inventory left with: Left at Location |

Inventory made in the presence of:
SA David Wong

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached FD-597, one page, case ID ▮▮▮▮▮▮

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/22/2018

_____
Executing officer's signature

David Wong, Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) JANUARY 16, 2018

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) DAVID H EASTER

(Street Address) 7040 5TH AVENUE

(City) LOS ANGELES, CALIFORNIA

Description of Item (s):

1) WHITE LG TABLET # 2NFU521
2) SILVER APPLE IPAD # D4041D4C738
3) T-MOBILE BEATS AUDIO HTC PHONE # 352636050124776
4) HTC MOBILE PHONE
5) SMITH & WESSON 6 SHOT REVOLVER SERIAL # ANF 8297
6) SILVER SAMSUNG # 352510082091952
7) BLUE SPIRAL NOTEBOOK
8) 5 ENVELOPES OF MISC. BANK MAIL
9) 6 357 MAGNUM BULLETS, 2 FRONTIER BRAND, 4 WINCHESTER BRAND

Received By: Left at Residence (Signature)

Received From: _____ (Signature)

Printed Name/Title: [scribbled]

Printed Name/Title: David Wing Special Agent